1 | THE MEHDI FIRM
AZRA Z. MEHDI (220406)
2 | One Market
Spear Tower, Suite 3600
3 | San Francisco, CA 94105
Telephone: 415.293.8093
4 | Fax: 415.293.8001
Azram@themehdifirm.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE L. HIGH, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>   vs.<br><br>THE CHOICE MANUFACTURING COMPANY, INC., MEPCO FINANCE CORPORATION, and DOES 3 through 20, inclusive,<br><br>             Defendants. | Case No. 4:11-CV-05478-~~LB~~ EMC<br><br>CLASS ACTION<br><br>STIPULATION AND [~~PROPO~~SED] ORDER REGARDING EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT |

WHEREAS, on November 10, 2011, plaintiff Jackie L. High filed a complaint for violation of California Business & Professions Code Sections 17200 and 17500, *et seq.*; Breach of Contract and the Covenant of Good Faith & Fair Dealing; and breach of Express Warranty against The Choice Manufacturing Company, Inc. ("Choice Manufacturing") and MEPCO Finance Corporation ("MEPCO"), captioned *High v. The Choice Manufacturing Company, Inc., et al.*, Case No. CV-11-05478-LB;

WHEREAS, on December 6, 2011 counsel for plaintiff and defendant MEPCO agreed to an extension until December 16, 2011 for MEPCO to answer or otherwise respond to the complaint;

WHEREAS on December 15, 2011, plaintiff filed an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a);

WHEREAS plaintiff is amenable to granting defendant MEPCO additional time in which to answer or otherwise respond to the Amended Complaint;

IT IS ACCORDINGLY STIPULATED, by and between undersigned counsel for the parties, that Defendant MEPCO shall have until January 11, 2012 to answer or otherwise respond to the Amended Complaint.

DATED:  December 15, 2011         THE MEHDI FIRM

                                  /s/
                                  AZRA Z. MEHDI

                                  One Market, Spear Tower, Suite 3600
                                  San Francisco, CA  94105
                                  Telephone:  415/293-8039
                                  Fax:  415/293-8001
                                  Azram@themehdifirm.com

                                  Counsel for Plaintiff Jackie L. High

DATED:  December 15, 2011         DOWNEY BRAND

                                  /s/
                                  JAMIE DREHER

STIPULATION AND [PROPOSED] ORDER
REGARDING EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND
TO AMENDED COMPLAINT                    1                    Case No. 4:11-CV-05478-LB

|   |   |
|---|---|
| | 621 Capital Mall, 18th Floor<br>Sacramento, CA  95814<br>Telephone:  916/444-1000<br>Fax:  916/444-2100<br>jdreher@downeybrand.com |
| | Counsel for Defendant MEPCO Finance Corporation |

Pursuant to General Order No. 45 Section X(B), all signatories concur in filing this stipulation.

Dated: December 15, 2011      By:           /s/
                                                              AZRA Z. MEHDI

* * *

[PR~~OP~~OSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   12/19/11                              _____
                                                              THE HONORABLE L
                                                              UNITED STATES MA

IT IS SO ORDERED
Judge Edward M. Chen

Submitted by:

THE MEHDI FIRM
AZRA Z. MEHDI (220406)

          /s/
     AZRA Z. MEHDI

One Market
Spear Tower, Suite 3600
San Francisco, CA  94105
Telephone:  415/293-8093
Fax:  415/293-8001
Azram@themehdifirm.com

Counsel for Plaintiff

STIPULATION AND [PROPOSED] ORDER
REGARDING EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND
TO AMENDED COMPLAINT                               2                            Case No. 4:11-CV-05478-LB