1  THE MEHDI FIRM
   AZRA Z. MEHDI (220406)
2  One Market
   Spear Tower, Suite 3600
3  San Francisco, CA  94105
   Telephone:  415.293.8093
4  Fax:  415.293.8001
   Azram@themehdifirm.com
5
   Counsel for Plaintiff
6
7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                                       ) Case No. 4:11-CV-05478-~~LB~~  EMC
                                        )
10                                      ) CLASS ACTION
                                        )
11 JACKIE L. HIGH, Individually and on Behalf ) STIPULATION AND [~~PROP~~OSED] ORDER
   of All Others Similarly Situated,   ) REGARDING EXTENSION OF TIME TO
12                                      ) ANSWER OR OTHERWISE RESPOND TO
                    Plaintiff,          ) AMENDED COMPLAINT
13         vs.                          )
                                        )
14 THE CHOICE MANUFACTURING            )
   COMPANY, INC., MEPCO FINANCE        )
15 CORPORATION, and DOES 3 through 20, )
   inclusive,                           )
16                                      )
                                        )
17                  Defendants.         )
                                        )
18

WHEREAS, on November 10, 2011, plaintiff Jackie L. High filed a complaint for violation of California Business & Professions Code Sections 17200 and 17500, *et seq*.; Breach of Contract and the Covenant of Good Faith & Fair Dealing; and breach of Express Warranty against The Choice Manufacturing Company, Inc. ("Choice Manufacturing") and MEPCO Finance Corporation ("MEPCO"), captioned *High v. The Choice Manufacturing Company, Inc., et al.*, Case No. CV-11-05478-LB;

WHEREAS, on December 6, 2011 counsel for plaintiff and defendant MEPCO agreed to an extension until December 16, 2011 for MEPCO to answer or otherwise respond to the complaint;

WHEREAS on December 15, 2011, plaintiff filed an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a);

WHEREAS plaintiff is amenable to granting defendant MEPCO additional time in which to answer or otherwise respond to the Amended Complaint;

IT IS ACCORDINGLY STIPULATED, by and between undersigned counsel for the parties, that Defendant MEPCO shall have until January 11, 2012 to answer or otherwise respond to the Amended Complaint.

DATED: December 15, 2011           THE MEHDI FIRM

                                   /s/
                                   AZRA Z. MEHDI

                                   One Market, Spear Tower, Suite 3600
                                   San Francisco, CA  94105
                                   Telephone:  415/293-8039
                                   Fax:  415/293-8001
                                   Azram@themehdifirm.com

                                   Counsel for Plaintiff Jackie L. High

DATED: December 15, 2011           DOWNEY BRAND

                                   /s/
                                   JAMIE DREHER

621 Capital Mall, 18th Floor
Sacramento, CA  95814
Telephone:  916/444-1000
Fax:  916/444-2100
jdreher@downeybrand.com

Counsel for Defendant MEPCO Finance Corporation

Pursuant to General Order No. 45 Section X(B), all signatories concur in filing this stipulation.

Dated: December 15, 2011            By:          /s/
                                          AZRA Z. MEHDI

* * *

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  12/19/11                    _____
                                    THE HONORABLE
                                    UNITED STATES

*IT IS SO ORDERED*
*Judge Edward M. Chen*

Submitted by:

THE MEHDI FIRM
AZRA Z. MEHDI (220406)

         /s/
    AZRA Z. MEHDI

One Market
Spear Tower, Suite 3600
San Francisco, CA  94105
Telephone:  415/293-8093
Fax:  415/293-8001
Azram@themehdifirm.com

Counsel for Plaintiff

STIPULATION AND [PROPOSED] ORDER
REGARDING EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND
TO AMENDED COMPLAINT              2                    Case No. 4:11-CV-05478-LB