1 | THE MEHDI FIRM
AZRA Z. MEHDI (220406)
2 | One Market
Spear Tower, Suite 3600
3 | San Francisco, CA  94105
Telephone:  415.293.8039
4 | Fax:  415.293.8001
Azram@themehdifirm.com
5 |
Counsel for Plaintiff
6 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JACKIE L. HIGH, Individually and on Behalf of All Others Similarly Situated, | ) Case No. 3:11-CV-05478-EMC ) ) CLASS ACTION ) ) STIPULATION AND [PROPOSED] ORDER ) REGARDING AMENDING COMPLAINT ) AND EXTENSION OF TIME TO ANSWER ) OR OTHERWISE RESPOND TO FIRST ) AMENDED COMPLAINT |
| Plaintiff, | ) |
| vs. | ) ) |
| THE CHOICE MANUFACTURING COMPANY, INC., MEPCO FINANCE CORPORATION, and DOES 3 through 20, inclusive, | ) ) ) ) |
| Defendants. | ) ) ) ) |

WHEREAS, on November 10, 2011, plaintiff Jackie L. High filed a complaint for violation of California Business & Professions Code Sections 17200 and 17500, *et seq.*; Breach of Contract and the Covenant of Good Faith & Fair Dealing; and breach of Express Warranty against The Choice Manufacturing Company, Inc. ("Choice Manufacturing") and MEPCO Finance Corporation ("MEPCO"), captioned *High v. The Choice Manufacturing Company, Inc., et al.*, Case No. CV-11-05478-EMC;

WHEREAS on December 15, 2011, plaintiff filed an Amended Complaint ("AC") pursuant to Federal Rule of Civil Procedure 15(a);

WHEREAS defendant MEPCO has until January 11, 2012 and defendant Choice Manufacturing has until January 17, 2012 to answer or otherwise respond to the AC;

WHEREAS plaintiff wishes to further amend the AC to include a claim for violation of the Consumer Legal Remedies Act ("CLRA") against defendant Choice Manufacturing;

WHEREAS plaintiff could not have included this claim in the AC because of the notice requirement in Cal. Civ. Code §1782(a)(2);

WHEREAS defendants are amenable to plaintiff amending her AC to include a claim for violation of the CLRA against Choice Manufacturing and allowing defendants additional time in which to answer or respond to the such amended pleading;

IT IS ACCORDINGLY STIPULATED, by and between undersigned counsel for the parties, that

(1)     Plaintiff will file and serve her First Amended Complaint ("FAC") by January 11, 2012;

(2)     Defendants Choice Manufacturing and MEPCO will have until February 17, 2012 to answer or otherwise respond to the FAC.

DATED: January 10, 2012                    THE MEHDI FIRM

                                        /s/
                                        AZRA Z. MEHDI

STIPULATION AND [PROPOSED] ORDER
REGARDING AMENDING COMPLAINT AND
EXTENSION OF TIME TO ANSWER OR OTHERWISE
RESPOND TO AMENDED COMPLAINT          1          Case No. 3:11-CV-05478-EMC

1

2          One Market
           Spear Tower, Suite 3600
           San Francisco, CA  94105
3          Telephone:  415/293-8039
           Fax:  415/293-8001
4          Azram@themehdifirm.com

           Counsel for Plaintiff Jackie L. High
5

6    DATED:  January 10, 2012          DOWNEY BRAND

7
                                                    /s/
8                                       JAMIE DREHER

9                                       621 Capital Mall, 18th Floor
                                        Sacramento, CA  95814
10                                      Telephone:  916/444-1000
                                        Fax:  916/444-2100
11                                      jdreher@downeybrand.com

                                        Counsel for Defendant MEPCO Finance
12                                      Corporation

13

14   DATED:  January 10, 2012          COOLEY LLP

15
                                                    /s/
16                                      MAZDA K. ANTIA

17                                      4401 Eastgate Mall
                                        San Diego, CA  92121
18                                      Telephone:  858/550-6000
                                        Fax:  858/550-6420
19                                      mantia@cooley.com

                                        Counsel for Defendant The Choice
20                                      Manufacturing Company, Inc.

21
      Pursuant to General Order No. 45 Section X(B), all signatories concur in filing this stipulation.
22

23   Dated: January 10, 2012          By:              /s/
                                           AZRA Z. MEHDI
24

25

26

27

28   STIPULATION AND [PROPOSED] ORDER
     REGARDING AMENDING COMPLAINT AND
     EXTENSION OF TIME TO ANSWER OR OTHERWISE
     RESPOND TO AMENDED COMPLAINT          2          Case No. 3:11-CV-05478-EMC

1

* * *

2          **[PROPOSED] ORDER**

3     PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5     DATED: _____1/11/12_____

6                                              THE HONORABLE EDWARD M. CHEN
                                                  UNITED STATES DISTRICT JUDGE
7

8     Submitted by:

9     THE MEHDI FIRM
      AZRA Z. MEHDI (220406)

10

              _____/s/_____
11              AZRA Z. MEHDI

12    One Market
      Spear Tower, Suite 3600
13    San Francisco, CA 94105
      Telephone: 415/293-8093
14    Fax: 415/293-8001
      Azram@themehdifirm.com

15
      Counsel for Plaintiff
16

17

18

19

20

21

22

23

24

25

26

27

28    STIPULATION AND [PROPOSED] ORDER
      REGARDING AMENDING COMPLAINT AND
      EXTENSION OF TIME TO ANSWER OR OTHERWISE
      RESPOND TO AMENDED COMPLAINT          3          Case No. 3:11-CV-05478-EMC