THE MEHDI FIRM
AZRA Z. MEHDI (220406)
One Market
Spear Tower, Suite 3600
San Francisco, CA  94105
Telephone:  415.293.8039
Fax:  415.293.8001
Azram@themehdifirm.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE L. HIGH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHOICE MANUFACTURING COMPANY, INC., MEPCO FINANCE CORPORATION, and DOES 3 through 20, inclusive,<br><br>Defendants. | Case No. 3:11-CV-05478-EMC<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND [PROPOSED] ORDER REGARDING AMENDING COMPLAINT AND EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT |

WHEREAS, on November 10, 2011, plaintiff Jackie L. High filed a complaint for violation of California Business & Professions Code Sections 17200 and 17500, *et seq*.; Breach of Contract and the Covenant of Good Faith & Fair Dealing; and breach of Express Warranty against The Choice Manufacturing Company, Inc. ("Choice Manufacturing") and MEPCO Finance Corporation ("MEPCO"), captioned *High v. The Choice Manufacturing Company, Inc., et al.*, Case No. CV-11-05478-EMC;

WHEREAS on December 15, 2011, plaintiff filed an Amended Complaint ("AC") pursuant to Federal Rule of Civil Procedure 15(a);

WHEREAS defendant MEPCO has until January 11, 2012 and defendant Choice Manufacturing has until January 17, 2012 to answer or otherwise respond to the AC;

WHEREAS plaintiff wishes to further amend the AC to include a claim for violation of the Consumer Legal Remedies Act ("CLRA") against defendant Choice Manufacturing;

WHEREAS plaintiff could not have included this claim in the AC because of the notice requirement in Cal. Civ. Code §1782(a)(2);

WHEREAS defendants are amenable to plaintiff amending her AC to include a claim for violation of the CLRA against Choice Manufacturing and allowing defendants additional time in which to answer or respond to the such amended pleading;

IT IS ACCORDINGLY STIPULATED, by and between undersigned counsel for the parties, that

(1)  Plaintiff will file and serve her First Amended Complaint ("FAC") by January 11, 2012;

(2)  Defendants Choice Manufacturing and MEPCO will have until February 17, 2012 to answer or otherwise respond to the FAC.

DATED: January 10, 2012                    THE MEHDI FIRM

                                          /s/
                                          AZRA Z. MEHDI

|  |  |
|---|---|
|  | One Market<br>Spear Tower, Suite 3600<br>San Francisco, CA  94105<br>Telephone:  415/293-8039<br>Fax:  415/293-8001<br>Azram@themehdifirm.com |
|  | Counsel for Plaintiff Jackie L. High |
| DATED:  January 10, 2012 | DOWNEY BRAND |
|  | /s/<br>JAMIE DREHER |
|  | 621 Capital Mall, 18th Floor<br>Sacramento, CA  95814<br>Telephone:  916/444-1000<br>Fax:  916/444-2100<br>jdreher@downeybrand.com |
|  | Counsel for Defendant MEPCO Finance Corporation |
| DATED:  January 10, 2012 | COOLEY LLP |
|  | /s/<br>MAZDA K. ANTIA |
|  | 4401 Eastgate Mall<br>San Diego, CA  92121<br>Telephone:  858/550-6000<br>Fax:  858/550-6420<br>mantia@cooley.com |
|  | Counsel for Defendant The Choice Manufacturing Company, Inc. |

Pursuant to General Order No. 45 Section X(B), all signatories concur in filing this stipulation.

Dated: January 10, 2012          By:          /s/
                                       AZRA Z. MEHDI

STIPULATION AND [PROPOSED] ORDER
REGARDING AMENDING COMPLAINT AND
EXTENSION OF TIME TO ANSWER OR OTHERWISE
RESPOND TO AMENDED COMPLAINT          2          Case No. 3:11-CV-05478-EMC

|   |   |
|---|---|
| 1 | * * * |
| 2 | **[PROPOSED] ORDER** |
| 3 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |

DATED: _____1/11/12_____  _____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

Submitted by:

THE MEHDI FIRM
AZRA Z. MEHDI (220406)

_____/s/_____
AZRA Z. MEHDI

One Market
Spear Tower, Suite 3600
San Francisco, CA  94105
Telephone: 415/293-8093
Fax: 415/293-8001
Azram@themehdifirm.com

Counsel for Plaintiff

STIPULATION AND [PROPOSED] ORDER
REGARDING AMENDING COMPLAINT AND
EXTENSION OF TIME TO ANSWER OR OTHERWISE
RESPOND TO AMENDED COMPLAINT            3                    Case No. 3:11-CV-05478-EMC