1 | DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
2 | SPENCER W. CHRISTENSEN (Bar No. 267154)
621 Capitol Mall, 18th Floor
3 | Sacramento, CA  95814-4731
Telephone: (916) 444-1000
4 | Facsimile: (916) 444-2100
jdreher@downeybrand.com
5 | schristensen@downeybrand.com

6 | Attorneys for Defendant
MEPCO FINANCE CORPORATION
7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | JACKIE L. HIGH, individually and on Behalf of All Others Similarly Situated,

Case No.  CV 11 5478

12 | Plaintiff,

**STIPULATION AND [PR<s>OPOS</s>ED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND THE PARTIES F.R.C.P. 26 OBLIGATIONS**

13 | v.

14 | THE CHOICE MANUFACTURING COMPANY, INC., MEPCO FINANCE CORPORATION, and DOES 3 through 20, inclusive,

17 | Defendant.

18

19 | WHEREAS, on November 10, 2011, plaintiff Jackie L. High ("Plaintiff") filed a

20 | complaint against The Choice Manufacturing Company, Inc. ("Choice") and MEPCO Finance

21 | Corporation ("MEPCO") captioned *High v. The Choice Manufacturing Company, Inc., et al.*,

22 | Case No. CV-11-05478-LB;

23 | WHEREAS on December 15, 2011, Plaintiff filed an Amended Complaint pursuant to

24 | Federal Rule of Civil Procedure 15(a);

25 | WHEREAS the Parties previously stipulated to continue the deadline for Defendants to

26 | answer the Amended Complaint to February 17, 2012;

27 | WHEREAS on February 17, 2012, MEPCO filed a motion to dismiss the Amended

28 | Complaint pursuant to Federal Rules of Civil Procedure 8(a), 9(b) and 12(b)(6) ("Motion to

1214753.1                                                           1

1  Dismiss"). The Motion to Dismiss is set for hearing on April 6, 2012 in front of the Honorable
2  Edward M. Chen.
3      WHEREAS Plaintiff and MEPCO have agreed that the currently scheduled case
4  management conference, which is set for March 2, 2012, should be continued to a date after the
5  hearing on the Motion to Dismiss pending the Court's ruling thereon. The purpose of the
6  agreement to continue the case management conference is to make the process more efficient as
7  the parties will have more information to report to the Court at that time. Accordingly, Plaintiff
8  and MEPCO hereby stipulate to continue the case management conference to April 27, 2012 at
9  9:00 a.m.
10      WHEREAS Plaintiff and MEPCO have further agreed to continue the deadlines for their
11  mutual obligations under Federal Rule of Civil Procedure 26, including the obligations to meet
12  and confer, to file a joint status conference and make their initial disclosures to coincide with the
13  date of the new case management conference. Accordingly, Plaintiff and MEPCO hereby
14  stipulate to continue the:
15      (1) The deadline to meet and confer pursuant to F.R.C.P. 26(f) to April 6, 2012;
16      (2) The deadline to file a joint case management statement pursuant to Civil Standing
17  Order 6 to April 20, 2012;
18      (3) The deadline to make initial disclosures pursuant to F.R.C.P. 26(a)(1)(C) to April 20,
19  2013.
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

1214753.1     2

1     IT IS ACCORDINGLY STIPULATED, by and between undersigned counsel for the
2 parties, that the Case Management Conference be continued to April 27, 2012 at 9:00 a.m.; that
3 the deadline to meet and confer pursuant to F.R.C.P. 26(f) be continued to April 6, 2012; that the
4 deadline to file a joint case management statement be continued to April 20, 2012; and that the
5 deadline to make initial disclosures pursuant to F.R.C.P. 26(a)(1)(C) also be continued to April
6 20, 2013.

DATED: February 21, 2012    DOWNEY BRAND LLP

By:    /s/ Spencer W. Christensen
    SPENCER W. CHRISTENSEN
    Attorney for Defendant
    MEPCO FINANCE CORPORATION

DATED: February 21, 2012    THE MEHDI FIRM

By:    /s/ Azra Mehdi
    AZRA MEHDI
    Attorney for Plaintiff
    JACKIE L. HIGH, individually
    and on Behalf of All Others Similarly Situated

Pursuant to General Order No. 45 Section X(B), all signatories concur in filing this stipulation.

Dated: February 21, 2012    By:    /s/ Spencer W. Christensen

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERD

Dated: 2/22/12 _____      THE HONORABLE EDWARD M. CHEN

*[Stamp: IT IS SO ORDERED / Judge Edward M. Chen / United States District Court Northern District of California]*

1214753.1    3