DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
SPENCER W. CHRISTENSEN (Bar No. 267154)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
jdreher@downeybrand.com
schristensen@downeybrand.com

Attorneys for Defendant
MEPCO FINANCE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE L. HIGH, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CHOICE MANUFACTURING COMPANY, INC., MEPCO FINANCE CORPORATION, and DOES 3 through 20, inclusive,<br><br>Defendant. | Case No. CV 11 5478<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT MEPCO FINANCE CORPORATION'S DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |

WHEREAS, on January 11, 2012, plaintiff Jackie L. High ("Plaintiff") filed her First Amended Complaint ("Complaint") against The Choice Manufacturing Company, Inc. ("Choice") and MEPCO Finance Corporation ("MEPCO") captioned *High v. The Choice Manufacturing Company, Inc., et al.*, Case No. CV-11-05478-EMC;

WHEREAS the Parties previously stipulated to continue the deadline for Defendants to answer or otherwise respond to the Complaint to February 17, 2012;

WHEREAS on February 17, 2012, MEPCO filed a motion to dismiss the Amended Complaint pursuant to Federal Rules of Civil Procedure 8(a), 9(b) and 12(b)(6) ("Motion to Dismiss"), which is currently set for hearing on April 6, 2012 in this Court;

WHEREAS pursuant to the briefing timelines outlined in the Local Civil Rules, Plaintiff

1    filed an opposition to the Motion to Dismiss on March 2;

2          WHEREAS the current deadline for MEPCO to file a reply in support of the Motion to Dismiss is March 9, 2012;

4          WHEREAS MEPCO has requested and Plaintiff has agreed that MEPCO's deadline to file its reply in support of the Motion to Dismiss should be extended to March 16, 2012. The purpose of this stipulation is to permit MEPCO's counsel, who is currently engaged in a binding arbitration out of state, sufficient time to adequately prepare the reply;

8          WHEREAS on February 21, 2012, Plaintiff and MEPCO stipulated to continue the Case Management Conference from March 2, 2012 to April 27, 2012 at 9:00 a.m. Pursuant to that stipulation, Plaintiff and MEPCO further agreed to continue their mutual obligations under F.R.C.P. 26, including the deadline to make initial disclosures. The stipulation indicated on page 2, lines 18-19, that the deadline to make initial disclosures was continued to April 20, 2013. This, however, was a typographical error as the parties intended to continue the deadline to make initial disclosures to April 20, 2012.

15          Accordingly, Plaintiff and MEPCO hereby stipulate that MEPCO' deadline to file its reply in support of the Motion to Dismiss is March 16, 2012. Plaintiff and MEPCO further stipulate that the typographical error contained in the previous stipulation should be corrected to continue the deadline to make initial disclosures to April 20, 2012.

19    / / /
20    / / /
21    / / /
22    / / /
23    / / /
24    / / /
25    / / /
26    / / /
27    / / /
28

IT IS ACCORDINGLY STIPULATED, by and between undersigned counsel for the parties, that MEPCO'S deadline to file its reply in support of the Motion to Dismiss should be extended to March 16, 2012. It is further stipulated that the typographical error contained in the previous stipulation should be corrected to continue the deadline to make initial disclosures to April 20, 2012.

DATED: March 8, 2012                DOWNEY BRAND LLP

                                    By:  /s/ Spencer W. Christensen
                                         SPENCER W. CHRISTENSEN
                                         Attorney for Defendant
                                         MEPCO FINANCE CORPORATION

DATED: March 8, 2012                THE MEHDI FIRM

                                    By:  /s/ Azra Mehdi
                                         AZRA MEHDI
                                         Attorney for Plaintiff
                                         JACKIE L. HIGH, individually
                                         and on Behalf of All Others Similarly Situated

Pursuant to General Order No. 45 Section X(B), all signatories concur in filing this stipulation.

Dated: February 21, 2012            By:  /s/ Spencer W. Christensen

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 3/9/12
                                    THE HONORABLE
                                    
                                    IT IS SO ORDERED
                                    Judge Edward M. Chen

1217586.1                           3