1  DOWNEY BRAND LLP
   JAMIE P. DREHER (Bar No. 209380)
2  SPENCER W. CHRISTENSEN (Bar No. 267154)
   621 Capitol Mall, 18th Floor
3  Sacramento, CA  95814-4731
   Telephone: (916) 444-1000
4  Facsimile: (916) 444-2100
   jdreher@downeybrand.com
5  schristensen@downeybrand.com

6  Attorneys for Defendant
   MEPCO FINANCE CORPORATION
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | JACKIE L. HIGH, individually and on          | Case No.  CV 11 5478
   | Behalf of All Others Similarly Situated,     |
12 |                                              | STIPULATION AND [PROPOSED]
   |                 Plaintiff,                   | ORDER EXTENDING DEFENDANT
13 |                                              | MEPCO FINANCE CORPORATION'S
   | v.                                           | DEADLINE TO FILE REPLY IN
14 |                                              | SUPPORT OF MOTION TO DISMISS
   | THE CHOICE MANUFACTURING
15 | COMPANY, INC., MEPCO FINANCE
   | CORPORATION, and DOES 3 through 20,
16 | inclusive,
   |
17 |                 Defendant.

18

19       WHEREAS, on January 11, 2012, plaintiff Jackie L. High ("Plaintiff") filed her First

20 Amended Complaint ("Complaint") against The Choice Manufacturing Company, Inc.

21 ("Choice") and MEPCO Finance Corporation ("MEPCO") captioned *High v. The Choice*

22 *Manufacturing Company, Inc., et al.*, Case No. CV-11-05478-EMC;

23       WHEREAS the Parties previously stipulated to continue the deadline for Defendants to

24 answer or otherwise respond to the Complaint to February 17, 2012;

25       WHEREAS on February 17, 2012, MEPCO filed a motion to dismiss the Amended

26 Complaint pursuant to Federal Rules of Civil Procedure 8(a), 9(b) and 12(b)(6) ("Motion to

27 Dismiss"), which is currently set for hearing on April 6, 2012 in this Court;

28       WHEREAS pursuant to the briefing timelines outlined in the Local Civil Rules, Plaintiff

1217586.1                                    1

1  filed an opposition to the Motion to Dismiss on March 2;

2  WHEREAS the current deadline for MEPCO to file a reply in support of the Motion to
3  Dismiss is March 9, 2012;

4  WHEREAS MEPCO has requested and Plaintiff has agreed that MEPCO's deadline to
5  file its reply in support of the Motion to Dismiss should be extended to March 16, 2012. The
6  purpose of this stipulation is to permit MEPCO's counsel, who is currently engaged in a binding
7  arbitration out of state, sufficient time to adequately prepare the reply;

8  WHEREAS on February 21, 2012, Plaintiff and MEPCO stipulated to continue the Case
9  Management Conference from March 2, 2012 to April 27, 2012 at 9:00 a.m. Pursuant to that
10 stipulation, Plaintiff and MEPCO further agreed to continue their mutual obligations under
11 F.R.C.P. 26, including the deadline to make initial disclosures. The stipulation indicated on page
12 2, lines 18-19, that the deadline to make initial disclosures was continued to April 20, 2013. This,
13 however, was a typographical error as the parties intended to continue the deadline to make initial
14 disclosures to April 20, 2012.

15 Accordingly, Plaintiff and MEPCO hereby stipulate that MEPCO' deadline to file its reply
16 in support of the Motion to Dismiss is March 16, 2012. Plaintiff and MEPCO further stipulate
17 that the typographical error contained in the previous stipulation should be corrected to continue
18 the deadline to make initial disclosures to April 20, 2012.

19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

1217586.1

2

1     IT IS ACCORDINGLY STIPULATED, by and between undersigned counsel for the parties, that MEPCO'S deadline to file its reply in support of the Motion to Dismiss should be extended to March 16, 2012. It is further stipulated that the typographical error contained in the previous stipulation should be corrected to continue the deadline to make initial disclosures to April 20, 2012.

DATED: March 8, 2012      DOWNEY BRAND LLP

By: /s/ Spencer W. Christensen
SPENCER W. CHRISTENSEN
Attorney for Defendant
MEPCO FINANCE CORPORATION

DATED: March 8, 2012      THE MEHDI FIRM

By: /s/ Azra Mehdi
AZRA MEHDI
Attorney for Plaintiff
JACKIE L. HIGH, individually
and on Behalf of All Others Similarly Situated

Pursuant to General Order No. 45 Section X(B), all signatories concur in filing this stipulation.

Dated: February 21, 2012      By: /s/ Spencer W. Christensen

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 3/9/12

THE HONORABLE EDWARD M. CHEN

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1217586.1      3