| | |
|---|---|
| 1 | VARNUM LLP<br>BRION B. DOYLE (Michigan Bar No. P67870) |
| 2 | Bridgewater Place<br>P.O. Box 352 |
| 3 | Grand Rapids, MI 49501-0352<br>(616) 336-6000 |
| 4 | bbdoyle@varnumlaw.com<br>*Admitted Pro Hac Vice* |
| 5 | |
| 6 | DOWNEY BRAND LLP<br>JAMIE P. DREHER (Bar No. 209380) |
| 7 | SPENCER W. CHRISTENSEN (Bar No. 267154)<br>621 Capitol Mall, 18th Floor |
| 8 | Sacramento, CA 95814-4731<br>Telephone: (916) 444-1000 |
| 9 | Facsimile: (916) 444-2100<br>jdreher@downeybrand.com |
| 10 | schristensen@downeybrand.com |
| 11 | Attorneys for Defendants<br>MEPCO FINANCE CORPORATION and |
| 12 | INDEPENDENT BANK CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE L. HIGH, *et al.* on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CHOICE MANUFACTURING COMPANY, INC., MEPCO FINANCE CORPORATION, and DOES 3 through 20, inclusive,<br><br>Defendants. | Case No. CV 11 5478<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT** ; ORDER |

Pursuant to Civil Local Rule 6-1(a) and 7(1) – (3), Defendants MEPCO Finance Corporation ("MEPCO") and Independent Bank Corporation ("IBC"), by and through their respective counsel Downey Brand LLP, and Plaintiffs Jackie L. High, Travis Peavy and Loretta Alva ("Plaintiffs"), by and through their respective counsel The Mehdi Firm, hereby stipulate as follows:

1230093.1

1

1   WHEREAS, on May 10, 2012, Plaintiffs filed their Second Amended Complaint ("SAC")
2   against The Choice Manufacturing Company, Inc. ("Choice"), MEPCO, IBC, Peter Masi, Darain
3   Atkinson and Cory Atkinson in the above-referenced matter;
4   WHEREAS, Plaintiffs served MEPCO with the SAC on May 10, 2012;
5   WHEREAS, on May 11, 2012, counsel for plaintiffs requested waiver of service of
6   process on IBC from counsel for MEPCO if they were also representing IBC, to which
7   plaintiffs received no response and hence are in the process of executing service of
8   process on IBS;
9   WHEREAS, MEPCO currently has until May 29, 2012 to answer or respond to Plaintiffs'
10  SAC;
11  WHEREAS, MEPCO has requested and Plaintiffs have consented to an additional 10 days
12  for MEPCO's answer or response to the SAC.
13  WHEREAS, the extension will not alter the date of any event or any deadline currently set
14  by the Court;
15  WHEREAS, notwithstanding the status of the service of process on IBC, MEPCO, IBC
16  and Plaintiffs desire to stipulate to a briefing schedule should MEPCO and IBC respond to the
17  SAC with a motion to dismiss;
18  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between undersigned
19  counsel for the parties, that MEPCO and IBC shall answer or otherwise respond to Plaintiffs'
20  SAC by June 8, 2012.
21  IT IS FURTHER STIPULATED by and between undersigned counsel for the parties, that
22  if MEPCO and IBC respond by filing a motion to dismiss:
23  (1) Plaintiffs Opposition Brief will be filed with the Court and served on MEPCO and
24  IBC by July 6, 2012;
25  (2) MEPCO and IBC's Reply Brief will be filed with the Court and served on Plaintiffs
26  by July 20, 2012;
27  (3) MEPCO, IBC and Plaintiffs will meet and confer with each other and agree upon a
28  hearing date for any motion to dismiss.

1 | DATED: May 24 , 2012          DOWNEY BRAND LLP

2

3 |                               By:        /s/ Spencer W. Christensen
                                        SPENCER W. CHRISTENSEN
4 |                                         Attorney for Defendant
                                        MEPCO FINANCE CORPORATION
5

6 | DATED: May 24, 2012           THE MEHDI FIRM

7

8 |                               By:        /s/ Azra Mehdi
                                             AZRA MEHDI
9 |                                      Attorney for Plaintiffs
                                 JACKIE L. HIGH, TRAVIS PEAVY, and LORETTA
10 |                              ALVA individually and on Behalf of All Others
                                           Similarly Situated
11

12 |    Pursuant to General Order No. 45 Section X(B), all signatories concur in filing this

13 | stipulation.

14

15 | Dated: May 23, 2012           By:        /s/ Spencer W. Christensen

16

17 |                              **[PROPOSED] ORDER**

18 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

19

20

21 | Dated: _____June 1, 2012_____     _____

22 |                                       THE HONORABLE EDWARD M. CHEN

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

1230093.1                              3

STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT