VARNUM LLP
BRION B. DOYLE (Michigan Bar No. P67870)
Bridgewater Place
P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
bbdoyle@varnumlaw.com
*Admitted Pro Hac Vice*

DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
SPENCER W. CHRISTENSEN (Bar No. 267154)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
jdreher@downeybrand.com
schristensen@downeybrand.com

Attorneys for Defendants
MEPCO FINANCE CORPORATION and
INDEPENDENT BANK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE L. HIGH, *et al.* on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CHOICE MANUFACTURING COMPANY, INC., MEPCO FINANCE CORPORATION, and DOES 3 through 20, inclusive,<br><br>Defendants. | Case No. CV 11 5478<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT** ; ORDER |

Pursuant to Civil Local Rule 6-1(a) and 7(1) – (3), Defendants MEPCO Finance Corporation ("MEPCO") and Independent Bank Corporation ("IBC"), by and through their respective counsel Downey Brand LLP, and Plaintiffs Jackie L. High, Travis Peavy and Loretta Alva ("Plaintiffs"), by and through their respective counsel The Mehdi Firm, hereby stipulate as follows:

1230093.1

1

1    WHEREAS, on May 10, 2012, Plaintiffs filed their Second Amended Complaint ("SAC")
2    against The Choice Manufacturing Company, Inc. ("Choice"), MEPCO, IBC, Peter Masi, Darain
3    Atkinson and Cory Atkinson in the above-referenced matter;
4    WHEREAS, Plaintiffs served MEPCO with the SAC on May 10, 2012;
5    WHEREAS, on May 11, 2012, counsel for plaintiffs requested waiver of service of
6    process on IBC from counsel for MEPCO if they were also representing IBC, to which
7    plaintiffs received no response and hence are in the process of executing service of
8    process on IBS;
9    WHEREAS, MEPCO currently has until May 29, 2012 to answer or respond to Plaintiffs'
10   SAC;
11   WHEREAS, MEPCO has requested and Plaintiffs have consented to an additional 10 days
12   for MEPCO's answer or response to the SAC.
13   WHEREAS, the extension will not alter the date of any event or any deadline currently set
14   by the Court;
15   WHEREAS, notwithstanding the status of the service of process on IBC, MEPCO, IBC
16   and Plaintiffs desire to stipulate to a briefing schedule should MEPCO and IBC respond to the
17   SAC with a motion to dismiss;
18   NOW, THEREFORE, IT IS HEREBY STIPULATED by and between undersigned
19   counsel for the parties, that MEPCO and IBC shall answer or otherwise respond to Plaintiffs'
20   SAC by June 8, 2012.
21   IT IS FURTHER STIPULATED by and between undersigned counsel for the parties, that
22   if MEPCO and IBC respond by filing a motion to dismiss:
23   (1) Plaintiffs Opposition Brief will be filed with the Court and served on MEPCO and
24   IBC by July 6, 2012;
25   (2) MEPCO and IBC's Reply Brief will be filed with the Court and served on Plaintiffs
26   by July 20, 2012;
27   (3) MEPCO, IBC and Plaintiffs will meet and confer with each other and agree upon a
28   hearing date for any motion to dismiss.

1 | DATED:  May 24 , 2012                    DOWNEY BRAND LLP

3 | By:         /s/ Spencer W. Christensen
4 |                        SPENCER W. CHRISTENSEN
                              Attorney for Defendant
                          MEPCO FINANCE CORPORATION

6 | DATED:  May 24, 2012                     THE MEHDI FIRM

8 | By:              /s/ Azra Mehdi
9 |                              AZRA MEHDI
                              Attorney for Plaintiffs
   JACKIE L. HIGH, TRAVIS PEAVY, and LORETTA
   ALVA individually and on Behalf of All Others
                              Similarly Situated

   Pursuant to General Order No. 45 Section X(B), all signatories concur in filing this stipulation.

Dated: May 23, 2012              By:         /s/ Spencer W. Christensen

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____June 1, 2012_____            _____
                                            THE HONORABLE EDWARD M. CHEN

IT IS SO ORDERED
Judge Edward M. Chen

1230093.1                             3