THE MEHDI FIRM
AZRA Z. MEHDI (220406)
One Market
Spear Tower, Suite 3600
San Francisco, CA  94105
Telephone:  415/293-8039
Fax:  415/293-8001
Azram@themehdifirm.com

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JACKIE L. HIGH, et al., | ) | Case No. 3:11-CV-05478-EMC |
|---|---|---|
| Plaintiffs, | ) | CLASS ACTION |
| vs. | ) | |
| THE CHOICE MANUFACTURING COMPANY, INC., et al., | ) ) ) | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND VACATE HEARING ON THE CHOICE MANUFACTURING COMPANY, INC.'S MOTION TO SET ASIDE ENTRY OF DEFAULT |
| Defendants. | ) ) ) | |

1  WHEREAS, on June 27, 2012, the Clerk entered default as to defendant The Choice Manufacturing Company, Inc. a.k.a. The Choice Warranty, Inc. ("Choice") (Dkt. No. 90);

WHEREAS, on July 2, 2012, Choice filed a motion to set aside the entry of default that was set for hearing on August 10, 2012 (Dkt. No. 92);

WHEREAS, on July 24 2012, the Court issued an Order Granting Defendants' Motions to Dismiss (Dkt. Nos. 65, 67) with leave to amend (Dkt. No. 105);

WHEREAS, on July 24, 2012, the Court also set a Case Management Conference for August 10, 2012 at 9:00 a.m. and a Joint Case Management Conference Statement to be filed on August 3, 2012;

WHEREAS, the parties have been engaged in settlement negotiations and desire to continue to explore and discuss resolution of this matter prior to expending further resources;

WHEREAS, plaintiffs have agreed to withdraw their opposition to Choice's motion to set aside entry of default;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between plaintiffs, MEPCO Finance Corporation, Independent Bank Corporation, The Choice Manufacturing Company, Inc. and Peter Masi through their respective counsel and subject to the Court's approval that:

1. The Case Management Conference currently scheduled on August 10, 2012 at 9:00 a.m. to be continued to September 14, 2012 or an alternative date that the Court determines suitable;

2. No Joint Case Management Statement is currently due. The parties will file a Joint Case Management Statement seven days before the continued Case Management Conference date; and

3. The hearing on Choice's motion to set aside entry of default is vacated.

STIP. TO CONTINUE CASE MGMT. CONF.           - 1 -                    No. 3:11-cv-05478-EMC
& VACATE HR'G ON MOT. TO SET ASIDE
ENTRY OF DEFAULT

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3  DATED:  July  31, 2012                     Respectfully submitted,

4                                             THE MEHDI FIRM
                                                         /s/
5                                             ─────────────────────────
                                                   AZRA Z. MEHDI

6                                             One Market
                                              Spear Tower, Suite 3600
7                                             San Francisco, CA  94105
                                              Telephone:  415/293-8039
8                                             Fax:  415/293-8001

9                                             Counsel for Plaintiffs

10 DATED:  July  31, 2012                     VARNUM LLP

11
                                                          /s/
12                                            ─────────────────────────
                                              RONALD G. DEWAARD *(Pro Hace Vice)*

13                                            333 Bridge Street NW
                                              Grand Rapids, MI 49509
14                                            Telephone:  616/336-6000
                                              Fax:  616/336-7000
15                                            rgdewaard@varnumlaw.com

16                                            Counsel for Defendants Mepco Finance
                                              Corporation and Independent Bank Corporation
17
   DATED:  July  31, 2012                     LOCKE LORD LLP
18

19
                                                          /s/
20                                            ─────────────────────────
                                              P. RUSSELL PERDEW *(Pro Hac Vice)*

21                                            111 South Wacker Drive
                                              Chicago, IL 60606
22                                            Telephone:  312/443-0700
                                              Fax:  312/443-0336
23                                            rperdew@lockelord.com

24

25     IT IS SO ORDERED:

26     ─────────────────────
27     Edward M. Chen
       U.S. District Court
28

STIP. TO CONTINUE CASE MGMT. CONF.                - 2 -                    No. 3:11-cv-05478-EMC
& VACATE HR'G ON MOT. TO SET ASIDE
ENTRY OF DEFAULT

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]

|   |   |
|---|---|
| 1 | LOCKE LORDE LLP |
| 2 | SALLY W. MIMMS |
|   | 44 Montgomery Street, Suite 2400 |
| 3 | San Francisco, CA  94104 |
|   | Telephone:  415/318-8810 |
| 4 | Fax:  415/676-5816 |
|   | smimms@lockelord.com |
| 5 | Counsel for Defendant Peter Masi |

    Pursuant to General Order No. 45 Section X(B), all signatories concur in filing Stipulation to Continue Case Management Conference.

Dated:  July  31, 2012                                        /s/
                                                    AZRA Z. MEHDI

STIP. TO CONTINUE CASE MGMT. CONF.          - 3 -                    No. 3:11-cv-05478-EMC
& VACATE HR'G ON MOT. TO SET ASIDE
ENTRY OF DEFAULT

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2012, I authorized the electronic filing of the Stipulation to Continue Case Management Conference and Vacate Hearing on The Choice Manufacturing Company, Inc.'s Motion to Set Aside Entry of Default, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I also hereby certify that on July 31, 2012, I caused to be e-mailed the foregoing document to:

Ronald G. DeWaard
VARNUM LLP
333 Bridge Street NW
Grand Rapids, MI 49509
rgdewaard@varnumlaw.com

the non-CM/ECF participant indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 31, 2012.

/s/
AZRA Z. MEHDI

STIP. TO CONTINUE CASE MGMT. CONF.
& VACATE HR'G ON MOT. TO SET ASIDE
ENTRY OF DEFAULT                                                                Case:3:11-CV-05478-EMC

# Mailing Information for a Case 3:11-cv-05478-EMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Loretta Alva**
  azram@themehdifirm.com

- **Spencer Wood Christensen**
  schristensen@downeybrand.com,afrench@downeybrand.com

- **Brion B Doyle**
  bbdoyle@varnumlaw.com

- **Jamie Paul Dreher**
  jdreher@downeybrand.com

- **Regina Jill McClendon**
  rmcclendon@lockelord.com,lgondreau@lockelord.com

- **Azra Z. Mehdi**
  azram@themehdifirm.com,ghamilton@themehdifirm.com

- **Sally Weiss Mimms**
  smimms@lockelord.com,lgondreau@lockelord.com

- **Travis Peavy**
  azram@themehdifirm.com

- **Phillip Russell Perdew**
  rperdew@lockelord.com,jastaton@lockelord.com,ttill@lockelord.com,chicagodocket@lockelord.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Ronald       G. DeWaard**
Varnum LLP
Bridgewater Place
P.O. Box 352
Grand Rapids, MI 59501-0355

**The Choice Manufacturing Company, Inc.**
777 Corporate Drive
Mahwah, NJ 07430