LOCKE LORD LLP
P. Russell Perdew (*pro hac vice*)
rperdew@lockelord.com
111 S. Wacker Drive
Chicago, IL 60601
Telephone:     (312) 443-1712
Facsimile:     (312) 896-6712

LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Sally W. Mimms (SBN 276093)
smimms@lockelord.com
44 Montgomery Street, Suite 2400
San Francisco, CA 94104
Telephone:     415-318-8810
Facsimile:     415-676-5816

Attorneys for Defendants
THE CHOICE MANUFACTURING COMPANY, INC.
and PETER MASI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JACKIE L. HIGH, TRAVIS PEAVY, and LORETTA ALVA, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CHOICE MANUFACTURING COMPANY, INC., a.k.a. THE CHOICE WARRANTY, INC., INDEPENDENT BANK CORPORATION, MEPCO FINANCE CORPORATION, PETER MASI, DARAIN ATKINSON, CORY ATKINSON, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 3:11-cv-05478-EMC<br><br>Hon. Edward M. Chen<br><br>[~~PROPOSED~~] ORDER SETTING ASIDE ENTRY OF DEFAULT |

The Court, having considered the motion brought by defendant The Choice Manufacturing

Company, Inc. a.k.a The Choice Warranty, Inc. ("Choice") to set aside the Entry of Default that was

1

1   entered by the Clerk of this Court on June 27, 2012, as well as the subsequently-filed stipulated

2   request made by Choice and Plaintiffs that this Court set aside the entry of judgment as to Choice,

3   hereby finds that good cause exists to set aside the Entry of Default as required by Federal Rule of

4   Civil Procedure 55(c).  Accordingly, the Court ORDERS as follows:

5        The Entry of Default that was entered by the Clerk of this Court on June 27, 2012 is hereby

6   set aside and vacated.  Further, the hearing on the Motion to Set Aside filed by Choice that had been

7   set for August 10, 2012 is hereby taken off calendar.

8        IT IS SO ORDERED.

9

10

11   Dated: _____     8/1/12



12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Locke Lord LLP
44 Montgomery Street, Suite 2400
San Francisco, CA  94104

[PROPOSED] ORDER
*High, et al. v. The Choice Manufacturing Company, Inc., et al.*, No. 3:11-cv-05478-EMC