LOCKE LORD LLP
P. Russell Perdew (*pro hac vice*)
rperdew@lockelord.com
111 S. Wacker Drive
Chicago, IL 60601
Telephone:     (312) 443-1712
Facsimile:     (312) 896-6712

LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Sally W. Mimms (SBN 276093)
smimms@lockelord.com
44 Montgomery Street, Suite 2400
San Francisco, CA 94104
Telephone:    415-318-8810
Facsimile:    415-676-5816

Attorneys for Defendants
THE CHOICE MANUFACTURING COMPANY, INC.
and PETER MASI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE L. HIGH, TRAVIS PEAVY, and LORETTA ALVA, on Behalf of Themselves and All Others Similarly Situated, | CASE NO. 3:11-cv-05478-EMC |
| | Hon. Edward M. Chen |
| Plaintiffs, | [~~PROPOSED~~] ORDER SETTING ASIDE ENTRY OF DEFAULT |
| vs. | |
| THE CHOICE MANUFACTURING COMPANY, INC., a.k.a. THE CHOICE WARRANTY, INC., INDEPENDENT BANK CORPORATION, MEPCO FINANCE CORPORATION, PETER MASI, DARAIN ATKINSON, CORY ATKINSON, and DOES 1 through 20, inclusive, | |
| Defendants. | |

The Court, having considered the motion brought by defendant The Choice Manufacturing Company, Inc. a.k.a The Choice Warranty, Inc. ("Choice") to set aside the Entry of Default that was

1 entered by the Clerk of this Court on June 27, 2012, as well as the subsequently-filed stipulated
2 request made by Choice and Plaintiffs that this Court set aside the entry of judgment as to Choice,
3 hereby finds that good cause exists to set aside the Entry of Default as required by Federal Rule of
4 Civil Procedure 55(c).  Accordingly, the Court ORDERS as follows:

5       The Entry of Default that was entered by the Clerk of this Court on June 27, 2012 is hereby
6 set aside and vacated.  Further, the hearing on the Motion to Set Aside filed by Choice that had been
7 set for August 10, 2012 is hereby taken off calendar.

8       IT IS SO ORDERED.

11 Dated: \_\_\_\_8/1/12_____

Hon. Edward M. Chen
United States District Court Judge



*Locke Lord LLP*
*44 Montgomery Street, Suite 2400*
*San Francisco, CA  94104*