1  THE MEHDI FIRM
   AZRA Z. MEHDI (220406)
2  One Market
   Spear Tower, Suite 3600
3  San Francisco, CA  94105
   Telephone:  415/293-8039
4  Fax:  415/293-8001
   Azram@themehdifirm.com
5
   Counsel for Plaintiffs
6

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

JACKIE L. HIGH, et al.,            )   Case No. 3:11-CV-05478-EMC
                                   )
              Plaintiffs,          )   CLASS ACTION
      vs.                          )
                                   )   STIPULATION AND [PROPOSED] ORDER
THE CHOICE MANUFACTURING           )   TO EXTEND TIME TO FILE AMENDED
COMPANY, INC., et al.,             )   COMPLAINT
                                   )
              Defendants.          )
                                   )
                                   )

1  WHEREAS, on July 24 2012, the Court issued an Order Granting Defendants' Motions to Dismiss (Dkt. Nos. 65, 67) ("Order");

WHEREAS, on July 24, 2012, the Court gave plaintiffs leave to amend the non-RICO fraud-related claims against defendants Mepco Finance Corporation ("Mepco") and Independent Bank Corporation ("Independent Bank") (Order at 20);

WHEREAS, plaintiffs and defendants The Choice Manufacturing Company, Inc., a.k.a., The Choice Warranty, Inc. (collectively, "Choice") and Peter Masi reached a settlement;

WHEREAS, on August 10, 2012, plaintiffs filed a Notice of Voluntary Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as to defendants Choice and Peter Masi (Dkt. No. 110);

WHEREAS, plaintiffs and defendants Mepco and Independent Bank are currently engaged in discussions to resolve the pending litigation;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between plaintiffs, Mepco and Independent Bank through their respective counsel and subject to the Court's approval that:

The amended complaint currently due on August 23, 2012 be extended up to and including, September 14, 2012 (the same day as the currently schedule Case Management Conference), or an alternative date that the Court determines suitable to allow the parties to continue their settlement discussions.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

STIP. & [PROPOSED] ORDER TO EXTEND TIME
TO FILE AMENDED COMPLAINT - 1 - No. 3:11-cv-05478-EMC

| | |
|---|---|
| DATED:  August 21, 2012 | Respectfully submitted, |
| | THE MEHDI FIRM |
| | /s/ |
| | AZRA Z. MEHDI |
| | One Market |
| | Spear Tower, Suite 3600 |
| | San Francisco, CA  94105 |
| | Telephone:  415/293-8039 |
| | Fax:  415/293-8001 |
| | Counsel for Plaintiffs |
| DATED:  August 21, 2012 | VARNUM LLP |
| | /s/ |
| | BRYON B. DOYLE *(Pro Hac Vice)* |
| | Bridgewater Place |
| | P.O. Box 352 |
| | Grand Rapids, MI  49501 |
| | Telephone:  616/336-6000 |
| | Fax:  616/336-7000 |
| | bbdoyle@varnumlaw.com |
| | Counsel for Defendants Mepco Finance |
| | Corporation and Independent Bank Corporation |

Pursuant to General Order No. 45 Section X(B), all signatories concur in filing Stipulation to Extend Time to File Amended Complaint.

STIP. & [PROPOSED] ORDER TO EXTEND TIME
TO FILE AMENDED COMPLAINT - 2 - No. 3:11-cv-05478-EMC

1
2  Dated: August 21, 2012                                    /s/
                                                    AZRA Z. MEHDI
3                                  *   *   *

4                              **[PROPOSED] ORDER**

5       PURSUANT TO STIPULATION, IT IS SO ORDERED.

6       DATED: August 21, 2012

7

8                                   _____
                                    THE HONORABLE EDWARD M. CHEN
9                                   UNITED STATES DISTRICT JUDGE

10

*IT IS SO ORDERED*
*Judge Edward M. Chen*

STIP. & [PROPOSED] ORDER TO EXTEND TIME
TO FILE AMENDED COMPLAINT          - 3 -                No. 3:11-cv-05478-EMC

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2012, I authorized the electronic filing of the Stipulation and [Proposed] Order to Extend Time to File Amended Complaint, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 21, 2012.

                                                                     /s/
                                                        AZRA Z. MEHDI

# Mailing Information for a Case 3:11-cv-05478-EMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Loretta Alva**
  azram@themehdifirm.com

- **Spencer Wood Christensen**
  schristensen@downeybrand.com,afrench@downeybrand.com

- **Brion B Doyle**
  bbdoyle@varnumlaw.com

- **Jamie Paul Dreher**
  jdreher@downeybrand.com

- **Regina Jill McClendon**
  rmcclendon@lockelord.com,lgondreau@lockelord.com

- **Azra Z. Mehdi**
  azram@themehdifirm.com,ghamilton@themehdifirm.com

- **Sally Weiss Mimms**
  smimms@lockelord.com,lgondreau@lockelord.com

- **Travis Peavy**
  azram@themehdifirm.com

- **Phillip Russell Perdew**
  rperdew@lockelord.com,jastaton@lockelord.com,ttill@lockelord.com,chicagodocket@lockelord.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Ronald          G. DeWaard**
Varnum LLP
Bridgewater Place
P.O. Box 352
Grand Rapids, MI 59501-0355

**The Choice Manufacturing Company, Inc.**
777 Corporate Drive
Mahwah, NJ 07430