THE MEHDI FIRM
AZRA Z. MEHDI (220406)
One Market
Spear Tower, Suite 3600
San Francisco, CA  94105
Telephone:  415/293-8039
Fax:  415/293-8001
Azram@themehdifirm.com

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACKIE L. HIGH, et al., | ) | Case No. 3:11-CV-05478-EMC |
| | ) | |
| Plaintiffs, | ) | <u>CLASS ACTION</u> |
| vs. | ) | |
| | ) | STIPULATION AND [PR~~OPOS~~ED] ORDER |
| THE CHOICE MANUFACTURING | ) | TO EXTEND TIME TO FILE AMENDED |
| COMPANY, INC., et al., | ) | COMPLAINT |
| | ) | |
| Defendants. | ) | |
| | ) | |

WHEREAS, on July 24 2012, the Court issued an Order Granting Defendants' Motions to Dismiss (Dkt. Nos. 65, 67) ("Order");

WHEREAS, on July 24, 2012, the Court gave plaintiffs leave to amend the non-RICO fraud-related claims against defendants Mepco Finance Corporation ("Mepco") and Independent Bank Corporation ("Independent Bank") (Order at 20);

WHEREAS, plaintiffs and defendants The Choice Manufacturing Company, Inc., a.k.a., The Choice Warranty, Inc. (collectively, "Choice") and Peter Masi reached a settlement;

WHEREAS, on August 10, 2012, plaintiffs filed a Notice of Voluntary Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as to defendants Choice and Peter Masi (Dkt. No. 110);

WHEREAS, plaintiffs and defendants Mepco and Independent Bank are currently engaged in discussions to resolve the pending litigation;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between plaintiffs, Mepco and Independent Bank through their respective counsel and subject to the Court's approval that:

The amended complaint currently due on August 23, 2012 be extended up to and including, September 14, 2012 (the same day as the currently schedule Case Management Conference), or an alternative date that the Court determines suitable to allow the parties to continue their settlement discussions.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

STIP. & [PROPOSED] ORDER TO EXTEND TIME
TO FILE AMENDED COMPLAINT - 1 - No. 3:11-cv-05478-EMC

1 | DATED: August 21, 2012

Respectfully submitted,

THE MEHDI FIRM

/s/
AZRA Z. MEHDI

One Market
Spear Tower, Suite 3600
San Francisco, CA 94105
Telephone: 415/293-8039
Fax: 415/293-8001

Counsel for Plaintiffs

DATED: August 21, 2012

VARNUM LLP

/s/
BRYON B. DOYLE *(Pro Hac Vice)*

Bridgewater Place
P.O. Box 352
Grand Rapids, MI 49501
Telephone: 616/336-6000
Fax: 616/336-7000
bbdoyle@varnumlaw.com

Counsel for Defendants Mepco Finance
Corporation and Independent Bank Corporation

Pursuant to General Order No. 45 Section X(B), all signatories concur in filing Stipulation to Extend Time to File Amended Complaint.

STIP. & [PROPOSED] ORDER TO EXTEND TIME
TO FILE AMENDED COMPLAINT      - 2 -      No. 3:11-cv-05478-EMC

1
2  Dated: August 21, 2012                                    /s/
                                                    AZRA Z. MEHDI
3                                    *    *    *

4                              **[PROPOSED] ORDER**
5
        PURSUANT TO STIPULATION, IT IS SO ORDERED.
6
        DATED: August 21, 2012
7
8                                    _____
9                                    THE HONORABLE EDWARD M. CHEN
                                     UNITED STATES DISTRICT JUDGE
10

*IT IS SO ORDERED*

Judge Edward M. Chen

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP. & [PROPOSED] ORDER TO EXTEND TIME
TO FILE AMENDED COMPLAINT                - 3 -                    No. 3:11-cv-05478-EMC

# CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2012, I authorized the electronic filing of the Stipulation and [Proposed] Order to Extend Time to File Amended Complaint, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 21, 2012.

/s/<br>
AZRA Z. MEHDI

# Mailing Information for a Case 3:11-cv-05478-EMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Loretta Alva**
  azram@themehdifirm.com

- **Spencer Wood Christensen**
  schristensen@downeybrand.com,afrench@downeybrand.com

- **Brion B Doyle**
  bbdoyle@varnumlaw.com

- **Jamie Paul Dreher**
  jdreher@downeybrand.com

- **Regina Jill McClendon**
  rmcclendon@lockelord.com,lgondreau@lockelord.com

- **Azra Z. Mehdi**
  azram@themehdifirm.com,ghamilton@themehdifirm.com

- **Sally Weiss Mimms**
  smimms@lockelord.com,lgondreau@lockelord.com

- **Travis Peavy**
  azram@themehdifirm.com

- **Phillip Russell Perdew**
  rperdew@lockelord.com,jastaton@lockelord.com,ttill@lockelord.com,chicagodocket@lockelord.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Ronald          G. DeWaard**
Varnum LLP
Bridgewater Place
P.O. Box 352
Grand Rapids, MI 59501-0355

**The Choice Manufacturing Company, Inc.**
777 Corporate Drive
Mahwah, NJ 07430