THE MEHDI FIRM
AZRA Z. MEHDI (220406)
One Market
Spear Tower, Suite 3600
San Francisco, CA 94105
Telephone: 415/293-8039
Fax: 415/293-8001
Azram@themehdifirm.com

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE L. HIGH, et al.,<br><br>                 Plaintiffs,<br>     vs.<br><br>THE CHOICE MANUFACTURING COMPANY, INC., et al.,<br><br>                 Defendants. | Case No. 3:11-CV-05478-EMC<br><br><u>CLASS ACTION</u><br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) AS TO ALL REMAINING DEFENDANTS: MEPCO FINANCE CORPORATION, INDEPENDENT BANK CORPORATION, DARAIN ATKINSON AND CORY ATKINSON |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ALL REMAINING DEFENDANTS**

**NOTICE IS HEREBY GIVEN** that plaintiffs JACKIE L. HIGH, TRAVIS PEAVY, and LORETTA ALVA, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismiss this action, with prejudice, as to defendants Mepco Finance Corporation, Independent Bank Corporation, Darain Atkinson and Cory Atkinson (collectively, "Defendants").

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Defendants being dismissed have neither filed an answer nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41 is therefore appropriate.

With no defendants remaining in the pending matter, plaintiffs respectfully request the Court vacate all pending deadlines, including the upcoming Case Management Conference scheduled for September 18, 2012, at 9:30 a.m., and close the matter.

DATED: September 12, 2012     THE MEHDI FIRM

                              /s/
                              AZRA Z. MEHDI

                              One Market
                              Spear Tower, Suite 3600
                              San Francisco, CA 94105
                              Telephone: 415/293-8039
                              Fax: 415/293-8001

                              Counsel for Plaintiffs

IT IS SO ORDERED

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED
Judge Edward M. Chen

NOTICE OF VOLUNTARY DISMISSAL                              No. 3:11-cv-05478-EMC

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2012, I authorized the filing of the Notice of Voluntary Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as to All Remaining Defendants:  Mepco Finance Corporation, Independent Bank Corporation, Darain Atkinson and Cory Atkinson, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 12, 2012.

/s/
AZRA Z. MEHDI