1  THE MEHDI FIRM
   AZRA Z. MEHDI (220406)
2  One Market
   Spear Tower, Suite 3600
3  San Francisco, CA  94105
   Telephone:  415/293-8039
4  Fax:  415/293-8001
   Azram@themehdifirm.com
5
   Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACKIE L. HIGH, et al., | ) | Case No. 3:11-CV-05478-EMC |
| | ) | |
| Plaintiffs, | ) | <u>CLASS ACTION</u> |
| vs. | ) | |
| | ) | NOTICE OF VOLUNTARY DISMISSAL |
| THE CHOICE MANUFACTURING COMPANY, INC., et al., | ) | WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) AS TO ALL REMAINING DEFENDANTS:  MEPCO FINANCE CORPORATION, INDEPENDENT BANK CORPORATION, DARAIN ATKINSON AND CORY ATKINSON |
| Defendants. | ) | |

1 **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ALL REMAINING**

2 **DEFENDANTS**

3   **NOTICE IS HEREBY GIVEN** that plaintiffs JACKIE L. HIGH, TRAVIS PEAVY, and LORETTA ALVA, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismiss this action, with prejudice, as to defendants Mepco Finance Corporation, Independent Bank Corporation, Darain Atkinson and Cory Atkinson (collectively, "Defendants").

  In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Defendants being dismissed have neither filed an answer nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41 is therefore appropriate.

  With no defendants remaining in the pending matter, plaintiffs respectfully request the Court vacate all pending deadlines, including the upcoming Case Management Conference scheduled for September 18, 2012, at 9:30 a.m., and close the matter.

DATED: September 12, 2012        THE MEHDI FIRM

                                 /s/
                                 AZRA Z. MEHDI

                                 One Market
                                 Spear Tower, Suite 3600
                                 San Francisco, CA  94105
                                 Telephone: 415/293-8039
                                 Fax:  415/293-8001

                                 Counsel for Plaintiffs

IT IS SO ORDERED.

_____
Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

NOTICE OF VOLUNTARY DISMISSAL                                   No. 3:11-cv-05478-EMC

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2012, I authorized the filing of the Notice of Voluntary Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as to All Remaining Defendants:  Mepco Finance Corporation, Independent Bank Corporation, Darain Atkinson and Cory Atkinson, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 12, 2012.

/s/
AZRA Z. MEHDI